Form 210A (10/06)

# United States Bankruptcy Court
District of NJ (Trenton)

In Re: GUSTAVO OLIEL  
    CHANA OLIEL

Case No: 12-27228

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| Midland Funding LLC | GE Capital Retail Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Midland Funding LLC  
By its authorized agent Recoser, LLC  
25 SE 2nd Ave, Suite 1120  
Miami FL 33131-1605

Court Claim # (if known): 1  
Amount of Claim: $799.05  
Date Claim Filed: 8/27/2012

Phone: (305) 379-7674  
Last Four Digits of Acct # :7635

Phone: (305) 379-7674  
Last Four Digits of Acct # :7635

Name and Address where transferee payments  
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh  
------------------------------------  
Ramesh Singh  
25 SE 2nd Ave, Suite 1120  
Miami FL 33131-1605  
claims-recoser@recoverycorp.com  
Transferee/Transferee's Agent

Date: January 18, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Waiver of Notice of Transfer of Claim

General Electric Capital Corporation, a Delaware Corporation, GE Capital Retail Bank, RFS Holding, L.L.C., GEMB Lending, Inc., Monogram Credit Services, L.L.C., and GEM Holding, L.L.C.. (collectively "Transferor") sold and assigned certain claims to Capital Recovery, LLC ("Transferee") as of September 27, 2012. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, Florida 33131-1605. Said Claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claims with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia ("MCCBG"); GE Money Bank ("GEMB"); GE Capital Retail Bank ("GECRB"); GE Sales Finance ("GESF")' GE Capital Corporation; General Electric Capital Corporation; GE consumer Card Corporation ("GECCCD"); GE Money bank c/o Recovery management Systems Corporation; Recovery Management Systems Corporation for GE Money Bank

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 300 (e)(2). Transferor specifically waives the right to receive notice of and object t the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

In Witness Whereof, Transferor has executed this Waiver by its duly authorized officer as of 14th day of December, 2012.

Transferor:

General Electric Capital Corporation

By: _____
Glenn Marino

Title: VP_____

Date: _____

GEMB Lending, Inc.

By: _____
Stephen Motta

Title: Director_____

Date: _____

GE Capital Retail Bank

By: _____
Glenn Marino

Title: EVP_____

Date: _____

Monogram Credit Services, L.L.C.

By: _____
Glenn Marino

Title: President_____

Date: _____

## Waiver of Notice of Transfer of Claim

General Electric Capital Corporation, a Delaware Corporation, GE Capital Retail Bank, RFS Holding, L.L.C., GEMB Lending, Inc., Monogram Credit Services, L.L.C., and GEM Holding, L.L.C.. (collectively "Transferor") sold and assigned certain claims to Capital Recovery, LLC ("Transferee") as of September 27, 2012. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, Florida 33131-1605. Said Claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claims with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia ("MCCBG"); GE Money Bank ("GEMB"); GE Capital Retail Bank ("GECRB"); GE Sales Finance ("GESF")' GE Capital Corporation; General Electric Capital Corporation; GE consumer Card Corporation ("GECCCD"); GE Money bank c/o Recovery management Systems Corporation; Recovery Management Systems Corporation for GE Money Bank

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 300 (e)(2). Transferor specifically waives the right to receive notice of and object t the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

In Witness Whereof, Transferor has executed this Waiver by its duly authorized officer as of 14th day of December, 2012.

Transferor:

General Electric Capital Corporation

By: _____
      Glenn Marino

Title: VP_____

Date: _____

GE Capital Retail Bank

By: _____
      Glenn Marino

Title: EVP_____

Date: _____

GEMB Lending, Inc.

By: _____[signature]_____
      Stephen Motta

Title: Director_____

Date: __12/17/12_____

Monogram Credit Services, L.L.C.

By: _____
      Glenn Marino

Title: President_____

Date: _____

RFS Holding, L.L.C.

By: _____/s/ Joseph Ressa_____
    Joseph Ressa

Title: _CFO_____

Date: __12-17-12_____

GEM Holding, L.L.C.

By: _____/s/ Joseph Ressa_____
    Joseph Ressa

Title: _CFO_____

Date: __12-17-12_____

## ASSIGNMENT OF ACCOUNTS AND
## WAIVER OF NOTICE OF TRANSFER OF CLAIMS

CAPITAL RECOVERY, LLC ("Seller") without recourse, assigns and delivers to Portfolio Investments II, LLC ("Buyer") all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "Accounts") which are described on computer files furnished by Seller to Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of the Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 27th day of September, 2012.

CAPITAL RECOVERY, LLC

By:_____
Ramesh Singh
Chief Financial Officer

## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

Portfolio Investments II, LLC ("**Seller**"), for value received, without recourse, assigns, sells and delivers to Midland Funding LLC ("**Buyer**") all right, title and interest in and to (i) certain accounts (the "**Accounts**") which are described in those certain electronic files named RMSC Inventory 12-6-2012 Encore File 1.txt, RMSC Inventory 12-6-2012 Encore File 2.txt, RMSC Inventory 12-6-2012 Encore File 3.txt, RMSC Inventory 12-6-2012 Encore File 4.txt, RMSC Inventory 12-6-2012 Encore File 5 (part 1).txt, RMSC Inventory 12-6-2012 Encore File 5 (part 2).txt, each dated December 6, 2012, pursuant to the terms of that certain Purchase and Sale Agreement dated as of December 13, 2012, by and among various parties, including Seller and Buyer, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with any interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Dated: December 13, 2012

Portfolio Investments II, LLC

By: Portfolio Investments MM II, LLC, Managing Member

By: _____

Name: RAMESH SINGH

Title: MANAGER